

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00216-CV

**LONGHORN TEJAS PROPERTY BUILDERS LLC**, Pedro Rodriguez a/k/a Pedro
Rodriguez Garcia, and Sarilen Chable,
Appellants

v.

**VGB SAN DIEGO LLC** and Valdemar Gutierrez,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI00645
Honorable Christine Vasquez-Hortick, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, we REVERSE the trial court's judgment and REMAND this matter for further proceedings on appellees' motion to enforce the parties' mediated settlement agreement. We order appellees to pay the costs of this appeal.

SIGNED May 21, 2025.

Lori I. Valenzuela, Justice